UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LARRY GENE HEGGEM, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. C08-328-RSL-JPD |
| | ) | |
| v. | ) | |
| | ) | |
| CHERYL ALLBERT, | ) | ORDER DENYING PLAINTIFF'S MOTION |
| | ) | FOR PRELIMINARY INJUNCTION |
| | ) | |
| Defendants. | ) | |

The Court, having reviewed plaintiff's motion for preliminary injunction, defendant's response, plaintiff's reply, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, the objections thereto, and plaintiff's "newly discovered evidence in support of injunction," does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motion for a preliminary injunction (Dkt. No. 23) is DENIED.

(3) The Clerk is directed to send a copy of this Order to plaintiff and to defendant.

DATED this 19th day of August, 2008.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR PRELIMINARY INJUNCTION